IN THE UNITED STATES COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **Reginald Austin,** *et al.*<br>      *Plaintiffs*<br><br>v.<br><br>**TIGA Logistics, LLC**<br>      *Defendant* | Civil Action No. _____ |

### DEFENDANT'S NOTICE OF REMOVAL

Pursuant to Fed. R. Civ. P. 81(c), 28 U.S.C. §§ 1441 and 1446, Defendant TIGA Logistics, LLC ("TIGA") files this its Notice of Removal to remove this civil action from the District Court of Harris County, Texas to the United States District Court for the Southern District of Texas, and state as follows:

### I.
### Introduction

1. On July 13, 2016, the Plaintiffs filed their Original Petition against TIGA in Cause No. 2016-CI-11660; *Reginald Austin, et al. v. TIGA Logistics, LLC*, in the 57th Judicial District Court of Bexar County, Texas (the "State Court Action").[1] Thereafter, TIGA timely filed its answer. The parties agreed to transfer venue to Harris County, Texas, so the State Court Action was transferred there as Cause No. 2016-67178; *Reginald Austin, et al. v. TIGA Logistics, LLC*, in the 334th Judicial District Court of Harris County, Texas.

2. On December 23, 2016, the Plaintiffs filed their First Amended Original Petition which, for the first time, includes a claim under federal law.[2] Defendant timely filed this notice of removal within the thirty (30) day time period required by 28 U.S.C. § 1446(b).

---

[1] Exhibit 1, Plaintiffs' Original Petition.

[2] Exhibit 3, Plaintiffs' Second Amended Original Petition.

## II.
## Bases for Removal

3. Pursuant to 28 U.S.C. §§ 1441 and 1446, TIGA removes this action to the United States District Court for the Southern District of Texas, Houston Division, which is the judicial district and division in which the State Court Action is pending.

4. This Court has federal-question jurisdiction over this civil action.

5. While the issue was not present when the suit was originally filed by the Plaintiffs, the new allegations in Plaintiffs' First Amended Original Petition demonstrate that the Plaintiffs seek relief that relies upon the determination of a federal question. Plaintiffs have made an allegation against Defendant under the Truth-in-Leasing regulation promulgated by the Federal Motor Carrier Safety Administration, 49 C.F.R. § 376.12(k).

6. Pursuant to Local Rule 81, Defendant attaches (1) all executed process in the case; (2) pleadings asserting causes of action, e.g., petitions, counterclaims, cross-actions, third-party actions, interventions and all answers to such pleadings; (3) all orders signed by the state Judge; (4) the docket sheet; (5) an index of matters being filed; and (6) a list of all counsel of record, including addresses, telephone numbers and parties represented. Those filings consist of Exhibit 1 and Exhibit 3 as described above, and the following additional filings:

Exhibit 2:   Plaintiffs' First Amended Original Petition;

Exhibit 4:   Defendant's Original Answer Subject to Agreed Motion to Transfer to Harris County;

Exhibit 5:   Defendant's First Amended Original Answer;

Exhibit 6:   Order Granting Agreed Protective Order;

Exhibit 7:   Order Granting Agreed Motion to Transfer to Harris County;

Exhibit 8:   The State Court Docket Sheet for Bexar County, Texas;

Exhibit 9:     An index of matters being filed; and

Exhibit 10:    A list of all counsel of record, including addresses, telephone numbers and parties represented.

7. Contemporaneously with the filing of this Notice of Removal, TIGA has provided written notice of this removal to the clerk of the 334th Judicial District Court of Harris County, Texas.

8. Written notice of this filing of this Notice of Removal has also been served upon the Plaintiffs.

### III.
### Conclusion and Prayer

For these reasons, TIGA asks the Court to uphold this removal and to retain jurisdiction over this suit and to grant all other relief to which TIGA may be entitled.

Respectfully submitted,

*/Alan M. Bush/*
**Alan M. Bush**
S.D. Tex. Bar No. 37486
Texas Bar No. 24040614
**Meghan A. Hurse**
S.D. Tex. Bar No. 2405788
Texas Bar No. 24079314

**BUSH LAW FIRM, P.C.**
21 Waterway Ave., Ste. 200
The Woodlands, Texas 77380
T: [281] 296-3883
F: [281] 296-3884
abush@bush-law.com
mhurse@bush-law.com

**ATTORNEYS FOR DEFENDANT**
**TIGA LOGISTICS, LLC**

## CERTIFICATE OF SERVICE

I have served this document on Plaintiffs' record counsel via the PACER ECF system on January 19, 2017.

*/Alan M. Bush/*
**Alan M. Bush**