United States District Court
Southern District of Texas
**ENTERED**
March 05, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| REGINALD AUSTIN, *et al*, | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 4:17-CV-179 |
| | § | |
| TIGA LOGISTICS, LLC, | § | |
| | § | |
| Defendant. | § | |

## ORDER OF DISMISSAL ON STIPULATION

Parties in the above styled and numbered cause of action have filed a Joint Stipulation of Dismissal with prejudice (Dkt. No. 12), pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Accordingly, it is Ordered that this case is dismissed with prejudice, with each party to bear its own costs.

It is so ORDERED.

SIGNED on this 5th day of March, 2018.

_____

Kenneth M. Hoyt
United States District Judge